IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED IN COURT
ASHEVILLE, NC

FEB 05 2020

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

UNITED STATES OF AMERICA )  DOCKET NO.
) 1:20 CR 16
vs. )
) **ORDER TO SEAL**
MARK NICHOLAS PYATT )

Upon motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND DECREED that the above referenced Bill of Indictment, Warrant and the Motion to Seal the Bill of Indictment be sealed.

This the 5th day of February, 2020.

W. CARLETON METCALF
UNITED STATES MAGISTRATE JUDGE